https://falonilaw.com/practice-areas/creditors-rights-collections/



HOME   FIRM OVERVIEW   ATTORNEYS   PRACTICE AREAS   LEGAL BLOG   OFFICE LOCATIONS

CALL US TODAY
866-456-9668



# CREDITORS RIGHTS AND COLLECTIONS

## COMMITED TO COMPLIANCE, COLLECTION AND LITIGATION

Faloni Law Group, LLC has been recognized as one of the nation's leaders in creditor's rights and collection litigation. The firm has a strong reputation for getting proven results while upholding the highest levels of compliance and integrity. Our firm has developed and invested in compliance to meet the demands of the now heavily regulated collections industry. We are certified in the latest SOC standards for technology and has developed policies and procedures for all our collection, litigation and financial processes. Our focus on compliance significantly reduces risks for our clients and creates an environment where all parties are treated fairly. All of our employees are trained in all aspects of Federal and State law regulations such as the (FDCPA) Fair Debt Collection Practices Act , (FCRB) Fair Credit Reporting Act, (CFPB) Consumer Financial Protection Board, (TCPA) Telephone Collection Practices Act, (GLBA) Gramm Leach Bliley Act and (HIPAA) Health Insurance Portability and Accountability Act.

From its offices throughout New Jersey, Pennsylvania and in New York the practice aggressively litigates a wide array of debt collection matters. We also work together with consumers going through hardships to work out manageable payment plans so both our clients and consumers avoid litigation whenever possible.

2018-10-07_23h19_15 2.pdf

**Exhibit P-1**

For more than 40 years, our goal has been to deliver exceptional results while maintaining the highest levels of compliance integrity and professionalism. Our law offices have never incurred civil or criminal penalties in connection with our debt collection activities.

## Exceptional Debt Collection Legal Services for More Than 40 Years

We help you in a number of ways that protect your rights: in post-judgment execution of assets, wage execution or garnishment, and assets execution for personal property, banking and automobiles. Our debt collection litigation attorneys protect your rights in matters such as:

- Retail and commercial credit card collections
- Auto repossession and deficiencies
- Real estate foreclosure and mortgage deficiency
- Hospital & Medical debt collections
- Bad checks collections

We have the legal knowledge, manpower and command of technology that can find the money you are owed. Our law firm uses innovative techniques such as voice broadcasting, skip tracing and the latest collection software to uncover assets that will help resolve your case.

## Contact Our New Jersey Lawyers

The Faloni Law Group, LLC offers five New Jersey locations to serve you — in Fairfield, Princeton, Toms River, Newton and Mount Laurel — in addition to office locations in New York and Pennsylvania. Contact us from wherever you are in the state, across the country or around the world. For detailed, aggressive personal attention to collections issues that gets results, call 866-456-9668 or e-mail us. Your initial consultation with us is free of charge. We respond promptly to all messages.



**DISCLAIMER**

This is Attorney Advertising. This web site is designed for general information only. The information presented at this site should not be construed to be formal legal advice nor the formation of a lawyer/client relationship.

© 2018 Law Offices of Faloni & Associates, LLC. All Rights Reserved.     Law Web Design by

LawFirmSites

2018-10-07_23h19_15 2.pdf

## Exhibit P-1