

# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge   Patricia R. McDermott, Deputy Court Administrator

## STATEMENT OF CLAIM

Code: Consumer Purchase - (4)           SC/CP: # SC-17-12-22-5793

**Plaintiff(s):**
LVNV Funding LLC
625 Pilot Road Suite 3
Las Vegas, NV 89119

**Defendant(s):**
Rojelio Ramos
1033 W Russell Street
Philadelphia, PA 19140

**Service Address (information) if other than above:**

*To the Defendant: Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:*

Plaintiff, LVNV Funding LLC, is the Assignee and Successor in Interest of Account number ending in ************4051; and, said credit account was issued to Defendant(s), Rojelio Ramos by Credit One Bank, N.A., the Original Creditor. Defendant, Rojelio Ramos, received, accepted and used the account to its benefit. This account is in default due to defendant's failure to make timely payments.  Although demand has been made, Defendant, Rojelio Ramos, has failed to make payment of the amount due and owing. Defendant, Rojelio Ramos, is an adult individual residing at 1033 W Russell St, Philadelphia PA 19140-5420. The amount due and owing as of this date is $2,139.17.

Internal File: RES81492

### Summons to the Defendant
**You are hereby ordered to appear at a hearing scheduled as follows:**

### Citation al Demandado
**Por la presenta, Usted esta dirljido a presentarse a la siguiente:**

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 5

March 2nd, 2018

01:00 PM

### Amount Claimed

| | | |
|---|---|---|
| Principal | $ | 2139.17 |
| Interest | $ | 0.00 |
| Attorney Fees | $ | 0.00 |
| Other Fees | $ | 0.00 |
| **Subtotal** | $ | 2139.17 |
| Service | $ | 27.00 |
| State Fee | $ | 14.75 |
| Automation Fee | $ | 5.50 |
| Convenience Fee | $ | 5.00 |
| JCS St. Add. Surcharge | $ | 11.25 |
| JCS St. Add. Fee | $ | 2.25 |
| ATJ Fee | $ | 2.00 |
| ATJ Surcharge | $ | 10.00 |
| Court Costs | $ | 44.00 |
| **TOTAL CLAIMED** | $ | 2260.92 |

Date Filed: 12/22/2017

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this statement of claims action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief.  I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities.  If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

MICHELLE L. SANGINITI, Esq
**Signature Plaintiff/Attorney**
Atty ID #: 311248

**Address & Phone:** 165 PASSAIC AVENUE SUITE 301B
FAIRFIELD, NJ 07004
973-226-0050

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES**

AVISO AL DEMANDADO LE HAN DEMANDADO EN CORTE.  VEA POR FAVOR LOS AVISOS ASOCIADOS.

**If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.**

Exhibit P-3