

**PHILADELPHIA MUNICIPAL COURT**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge    John J. Joyce, Deputy Court Administrator

**#** SC-17-12-22-5793

| LVNV Funding LLC<br>625 Pilot Road Suite 3<br>Las Vegas, NV 89119 | Rojelio Ramos<br>1033 W Russell Street<br>Philadelphia, PA 19140 |
|---|---|
| *Plaintiff* | *Defendant(s)* |

MICHELLE L. SANGINITI, Esq

**Plaintiff/Attorney**
Attorney # _____311248_____

**Address & Phone**   165 PASSAIC AVENUE SUITE 301B
FAIRFIELD, NJ 07004
973-226-0050

# ORDER

**AND NOW,** to wit this ____27th____ day of _____April_____, ___2018___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

TapeID: 2 Start Position: 3:25PM End Position: 4:14PM


Judgment for Defendant.    SEE SCANNED DISPOSITION


**BY THE COURT:**

Barbara S. Gilbert
                (M. LOZADA)   **J.**

51 (07/09/01)

**Exhibit P-4**